# Exhibit 2

# CapLab









amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=A382OH4OMVFCEG

# CapLab

Visit the CapLab storefront

★★★★★ | **100% positive** lifetime (1 total ratings)

★★★★★  5 out of  5
1 ratings

**FILTER BY**

All stars ⌄

1 total ratings, 1 with feedback for Lifetime ⓘ

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Lifetime ⌄

★★★★★  "A very worthwhile purchase, exceeding my expectations!"

By Happy Customer on February 5, 2026.

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** zhengzhouchangyuchengshangmaoyouxiangongsi
**Business Address:**
金水区东风路街道博颂路38号
豫军长基花园5号楼2单元34层204号
郑州市
河南
450011
CN

# CALLSMILE



amazon.com/dp/B0GVK48Z3K

Home & Kitchen › Storage & Organization › Clothing & Closet Storage › Hat Racks



Click to see full view

**Ask Rufus**

Does it fit on door edges?    How many caps does it hold?

Is adhesive or screws better?    Why you might like this

Compare with similar    Ask something else

# 2 Pack Hat Organizer for Baseball Caps Wall Mounted, Hat Rack & Hat Holder with Strong Adhesive or Screws, Spring Clips Secure Hold, Space Saving Hat Organizer for Door, Closet or Entryway

Brand: HEIHING

Search this page

## $26⁹⁹

Price history

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

FREE Returns ∨

☐ Coupon price $19⁹⁷    Terms

| | |
|---|---|
| **Brand** | HEIHING |
| **Color** | black |
| **Material** | Plastic |
| **Recommended Uses For Product** | Baseball Cap Organizer, Closet Hat Storage, Door Hat Rack, Hats |
| **Product Dimensions** | 3"D x 2.68"W x 15"H |

## About this item

- Space-Saving Hat Organizer for Cluttered Spaces: Too many baseball caps crowding your closet or shelves? This wall-mounted hat organizer uses vertical storage to free up space while keeping your hats neatly arranged. Perfect for closets, doors, and entryways, it helps turn clutter into an organized space.
- Dual Installation: Adhesive or Screw Mount for Easy Setup: Worried about installing your wall-mounted hat organizer? Mount easily with strong adhesive—ideal for



Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime



$26⁹⁹

FREE delivery **Saturday, May 16** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, May 12.** Order within 3 hrs 54 mins. Join Prime

⊙ Deliver to Joan - Atlanta 30312

In Stock

Quantity: 1 ∨

Add to cart

Buy Now

Ships from    Amazon
Sold by    CALLSMILE
Returns    FREE 30-day refund/replacement
Gift options    Available at checkout

∨ See more

Add to Auto Buy

Add to List    ∨







amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=A1H3X3CNSE7X4G

# CALLSMILE

Visit the CALLSMILE storefront

★★★★★   98% positive in the last 12 months (41 ratings)

Learn more about how seller reviews work on Amazon    ∨

**Share your thoughts with other customers**

[ Leave seller feedback ]

By Kristine P. on March 6, 2026.

★☆☆☆☆    "It's a week late and I'm not getting any updates my last one was 4 days ago and it should have been delivered almost a week ago"

By Amazon Customer on December 12, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★    "Arrived in timely manner"

By H. Jensen on December 11, 2025.

★★★★★    "Fast shipping"

By Cynthia F. Wood on December 8, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** B-Sale Technology Co., Limited
**Business Address:**
RM A129,  UNIT 27,  8/F,  SHING YIP INDUSTRIAL BUILDING 19-21 SHING YIP STREET
KWUN TONG
KOWLOON
999077
HK

deDhh



## Baseball Hat Storage Rack Highlighting Internal Spring Clamps for Tight Hold Vertical Mounting Saves Space Compact Areas Like Closets Hat Mount

Brand: Xanorrg
Search this page

$22⁶⁹
Price history

Thank you for being an Amazon customer. Get $60 off: Pay $0.00 $22.69 upon approval for Amazon Visa.

Color: **Two pack**

$22.69     $14.79

| Brand | Xanorrg |
| Color | Two pack |
| Recommended Uses For Product | Cooling |
| Product Dimensions | 1"D x 1"W x 1"H |
| Installation Type | 1 |

### About this item

- Multiple Scene Applicatparticlemail: Three thousand residences, offices, otherwise retail spaces, this hatstand furnishes efficient organization and display for individual use otherwise commercial showcases
- Flexible Installation Preferencesecond: Proposals both strong gluey and screw mounting methods for flexible placement on doors, partitions, otherwise inside closets, ensuring a strong and consistent arrange
- Sophisticated Decheck: Features a smooth and modern look that mixtures seamlessly with house otherwise deck, whirling

$22⁶⁹

FREE delivery **April 23 - May 4**.
Details

Deliver to Joan - Atlanta 30312

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | deDhh |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to Auto Buy

Save this item

Add to List







# deDhh

Visit the deDhh storefront

★★☆☆☆ | **25% positive** lifetime (4 total ratings)

Leave seller feedback

By Kim Montgomery on March 20, 2026.

★☆☆☆☆    "I'm not liking how my items never arrived refund my money "

By Amazon Customer on March 10, 2026.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆    "I don't understand what is the issue for my black girl vitamin, my refund for my food from fresh amazon.... In my cat little box. "

By Marlene Tate on March 9, 2026.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** GuangZhouDeShiFuZhuangYouXianGongSi
**Business Address:**
体育西路111-115单号
17楼D区F457室
天河区
广州市
510620
CN

**Dousilaiwan**









# Dousilaiwan

Visit the Dousilaiwan storefront

★★★★☆ | **75% positive** lifetime (4 total ratings)

| | |
|---|---|
| 2 star | 0% |
| 1 star | 25% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

find out what the fifth color is. you shoe silver, gold, rose g...
Read more

By Russell on April 9, 2026.

★★★★★  "I got the item on March 14 earlier than expected. Fast shipping"

By Francisco Orrego on March 14, 2026.

★★★★★  "Everything as expected. Good seller"

By Mbcali on February 22, 2026.

★☆☆☆☆  "Nunca llegó el producto"

By Yoseli De Jesús on November 29, 2024.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Taiyuandousilaiwanwangluokejiyouxiangongsi
**Business Address:**
  小店区营盘街道南内环街98-2号财富国际大厦1412号
  （山西龙成商务秘书服务有限公司-5402号）集群登记
  太原市
  山西省
  030000
  CN

**HjjujiuYOU**









# Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

# Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

# Detailed Seller Information

**Business Name:** GuangZhouShiQianDanHuaZhuangPinYouXianGongSi
**Business Address:**
  中山大道建中路5号
  1505房B118
  天河区
  广州市
  510660
  CN

**huizhoushilinfengkejiyouxiangongsi**









amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=A3IA8V78IYQ6J1

# huizhoushilinfengkejiyouxiangongsi

Visit the huizhoushilinfengkejiyouxiangongsi storefront

★★★★☆ | **73% positive** in the last 12 months (26 ratings)

★ ★ ★ ★      Never arrived, no reason

By Roberto R. on March 8, 2026.

**Leave seller feedback**

★☆☆☆☆      " I had to wate so long and I still never received it "

By Amazon Customer on March 5, 2026.

★☆☆☆☆      " ~~Demasiado el tiempo de espera~~ "

By Evaristo Rivera on February 28, 2026.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Huizhoushilinfengkejiyouxiangongsi
**Business Address:**
  麦地路47号
  巴黎广场1层10号
  惠州市
  广东省
  516000
  CN

**Jagilarily**









# Jagilarily

Visit the Jagilarily storefront

★★★★⯪ | **91% positive** in the last 12 months (46 ratings)

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

By John Klassen on April 7, 2026.

★★★★★   "Perfect"

By Jeanie on April 6, 2026.

★★☆☆☆   "~~One of the nubber pins fell out. Tried gluing it back in. I'll see if it holds. Otherwise it's not a bad item.~~"

By J.H. Manfried on March 20, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★   "Thank you"

By michael a serluca on March 10, 2026.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** WU HAN MEI ZHOU BAO WANG LUO KE JI YOU XIAN GONGSI
**Business Address:**
　洪山区雄楚大街768号关西小区康泰苑46栋
　1单元6层1-601室
　武汉市
　湖北
　430070
　CN

# JIANYAXUAN











amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=AEMB90YJ4UAVV

# JIANYAXUAN

Visit the JIANYAXUAN storefront

★★★★☆  |  **67% positive** in the last 12 months (12 ratings)

2 star ▮ 8%
1 star ▮▮▮ 25%

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★★★★★  "Había escrito q no lo había recibido pero lo encontré en otro casillero estaba mal puesto en otro apto gracias"

By Liliana on March 4, 2026.

★★★★★  "Item was ok."

By Amazon Customer on December 11, 2025.

★☆☆☆☆  "small bracket flimsy plastic bag was torn open and the bracket was gone"

By Robert B. on December 9, 2025.

★★★★★  "Hermosos"

By Francy galindo on December 7, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** DongGuanShiJianYaXuanHuaZhuangPinYouXianGongSi
**Business Address:**
  南城街道石鼓大龙路
  12号2栋218室
  东莞市
  广东省
  523831
  CN

**jormey**









amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=A40VZMQJHP4HM

# jormey

Visit the jormey storefront

★★★★⯪ | **83% positive** lifetime (46 total ratings)

**Share your thoughts with other customers**

[ Leave seller feedback ]

By laura on January 29, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "this beautiful and musical small snow globe happened to be a good birthday gift for my mother, thanks x3"

By daniel on November 22, 2025.

★★★★★ "the item was exactly what I bought"

By Margie Bouika on November 21, 2025.

★★★★★ "Products as described and works."

By Jeanne Mask on August 12, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenrongjinkejiyouxiangongsi
**Business Address:**
坂田街道象塘社区象角塘第三工业区沿河路2号远耀唱宿舍104
深圳市
龙岗区
广东省
518000
CN

**Lusbees**



### About this item

- Multiple Scene Applicatparticlemail: Three thousand residences, offices, otherwise retail spaces, this hatstand furnishes efficient organization and display for individual use otherwise commercial showcases
- Efficient Hat Organizatparticlemail: Developed with constructed spring clamps to safely hold various hat fashion including baseball headpieces and bucket headpieces, maintaining your collection neat and easily accessible
- Sophisticated Decheck: Features a smooth and modern look that mixtures seamlessly with house otherwise deck, whirling functional storage into a aesthetic display







amazon.com/sp?ie=UTF8&seller=A2YKXM0HPNWRO2&asin=B0GWQ58J6N&ref_=dp_m...

# Lusbees

Visit the Lusbees storefront

★★★★★ | **100% positive** lifetime (2 total ratings)

**Kangnice Vertical Hat Storage Ra...**

$13⁶⁹

**Add to cart**

Protected by A-to-z Guarantee ⓘ

1 star [_____] 0%

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

★☆☆☆☆  Extremely late. No feedback on shipping

By sherry on October 21, 2025.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆  "~~The seller never answer.This is scame .I never received package seen I've place order and waiting for a month~~"

By Amazon Customer on October 3, 2025.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★★★★★  "I received the item earlier than expected."

By alexis ascher on November 29, 2024.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Xi'an Future Qidian Trading Co., Ltd
**Business Address:**
  高新区
  科技六路西段88号新加坡腾飞科汇城6层B区-313
  西安市
  陕西省
  710061
  CN

# NBEADS US



amazon.com/dp/B0GRW6382H?th=1

**NBEADS 2 Pcs Wall Mount Closet Hat Rack Holder, Black Plastic Baseball Cap Storage Rack with Spring Clips, Multicolor Hat Organizer with Screws for Closet Door Bedroom Display**

Visit the NBEADS Store
Search this page

$18²⁹ ($9.15 / count)
Price history

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

FREE Returns ∨

✓ Save 8% at checkout  Shop items ›

Color: **Black**

| | |
|---|---|
| $18.29 ($9.15 / count) | $18.29 ($9.15 / count) |

| | |
|---|---|
| **Brand** | NBEADS |
| **Color** | Black |
| **Material** | Plastic |
| **Recommended Uses For Product** | Hats |
| **Product Dimensions** | 14.4"D x 2.7"W x 1.85"H |

**About this item**

- Spring Clip Design: Each hat rack features 10 built-in spring clips in black colors, allowing you to securely hold

**prime**
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

$18²⁹ ($9.15 / count)

FREE delivery **Saturday, May 16** on orders shipped by Amazon over $35

Or **Prime members** get FREE delivery **Tomorrow, May 12.**
Join Prime

◉ Deliver to Joan - Atlanta 30312

**Only 4 left in stock - order soon.**

Quantity: 1 ∨

**Add to cart**

**Buy Now**

Ships from    Amazon
Sold by       NBEADS US
Returns       FREE 30-day refund/replacement
Gift options  Available at checkout

∨ See more

Add to Auto Buy

Add to List ∨





  amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=A25ZOBI3IF5TJO

# NBEADS US

Visit the NBEADS US storefront

★★★★★ | **100% positive** in the last 12 months (297 ratings)

By NBEADS US on May 5, 2026.

 "Good value, nice quality"

By Wes on May 3, 2026.

"Thanks for your kind words and your support of our store, we will keep improving our item quality and service. If anything needed after you got the item, never..."

Read more

By NBEADS US on May 5, 2026.

 "~~There are scratches all over both pieces. It looks like there was no care in producing this with all the scratches.~~"

By Dr. K. on May 1, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Wuhan Huanye Technology Co., Ltd.
**Business Address:**
东湖高新技术开发区武大园四路1号-1国家地球空间信息产业基地
五期-武大慧园2、3栋2单元9层12室
武汉市
湖北
430223
CN

**MIlsfna**



### Flexible Hatstand for Multiple Hat Varieties Features Spring Clamps and Flexible Mounting Preferences for Elegant Display Home Otherwise Store Hat Mount

Visit the Ubxvamm Store
Search this page

$21⁰⁹
Price history

Color: S

$21.09    $32.19

| Brand | Ubxvamm |
|---|---|
| Color | S |
| Recommended Uses For Product | Cooling |
| Product Dimensions | 1"D x 1"W x 1"H |
| Installation Type | 1 |

**About this item**

- Efficient Hat Organizatparticlemail: Developed with constructed spring clamps to safely hold various hat fashion including baseball headpieces and bucket headpieces, maintaining your collection neat and easily accessible
- Flexible Installation Preferencesecond: Proposals both strong gluey and screw mounting methods for flexible placement on doors, partitions, otherwise inside closets, ensuring a strong and consistent arrange
- Sophisticated Decheck: Features a smooth and modern look that mixtures seamlessly with house otherwise deck, whirling functional storage into a aesthetic display
- Multiple Scene Applicatparticlemail: Three thousand residences.

$21⁰⁹
FREE delivery May 8 - 18.
Details

Deliver to Joan - Atlanta 30312

**In stock**
Usually ships within 4 to 5 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller  Mllsfna
Returns  30-day refund/replacement
Payment  Secure transaction

˅ See more

Add to Auto Buy

Save this item

Add to List







## MIlsfna

Visit the MIlsfna storefront

★★★★★ | **100% positive** lifetime (10 total ratings)

1 star ▮▮▮▮▮▮▮▮▮▮▮ 0%                    ★ ★ ★ ★ ☆    None

By Efren Medina on December 26, 2025.

Learn more about how seller reviews work on Amazon ⌄

★★★★☆    "Item was as described by seller"

By Jackie McCoy on December 10, 2025.

**Share your thoughts with other customers**

[ Leave seller feedback ]

★★★★★    "Exactly what I ordered and fast shipping"

By Patricia Holland on December 10, 2025.

★★★★★    "As advertised, good quality, would buy from again, quick arrival"

By bistchr on July 31, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** dongguanshiminaxiangbaoyouxiangongsi
**Business Address:**
  南城街道新农路27号
  1栋2151室
  东莞市
  广东省
  523073
  CN

**Orounla**









# Orounla

Visit the Orounla storefront

★★★★☆ | 67% positive lifetime (3 total ratings)

| 2 star | 33% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

( Leave seller feedback )

★★★★★    "This was a great buy the plate looked like the picture; Great advertisement. I will buy again! only if I break the plate by a mistake lol..."

By M on March 28, 2026.

★★☆☆☆    "They held up at first, but then they started to thin down the more I wear them. I've only had them about about a month and the back seam is already coming apart..."

Read more

By Amber on February 20, 2026.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Shenzhen yongyue Supply Chain Co., Ltd.
**Business Address:**
立新路2号天佑创客产业园F栋428
宝安区福海街道桥头社区
深圳市
广东
518103
CN

qinzhimeizhuangyouxiangongsi



amazon.com/dp/B0GJ3TNXN6

amazon renewed   Save on pre-loved video games

Home & Kitchen › Storage & Organization › Clothing & Closet Storage › Hat Racks

### Pack of 2 Hat Organizers Racks Spring Clip Technology for 20 Caps Secure Mounts Using Adhesive or Screws Abs Compact for Closet Space Saving Design

Brand: Vmohuyktx
Search this page

$24²⁹
Price history

Unlock a $60 Amazon Gift Card upon approval for Amazon Visa.

| Brand | Vmohuyktx |
|---|---|
| Recommended Uses For Product | Cooling |
| Product Dimensions | 1"D x 1"W x 1"H |
| Installation Type | 1 |
| Special Feature | Durable |

$24²⁹

FREE delivery **April 29 - May 13**. Details

⊙ Deliver to Joan – Atlanta 30312

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

| Shipper / Seller | qinzhimeizhuangyouxiangongsi |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

Add to Auto Buy

Save this item

Add to List

### About this item

- enhances your cap organization with this versatile hat display that maintains cap integrity, prevents creases, and maximizes space, making it an essential addition for any cap enthusiast's storage needs
- Perfect for transforming cluttered spaces into neat displays in closets, entryways, bedrooms, or stores, this hat rack ensures access and protections for your cap collection
- Constructed from industrial grade ABS this hat organizers is , and space saving with a wall mounted design, including all necessary accessories like foam strips and screws for quick setup
- Spring loaded clips securely hold up to 20 baseball caps with easy insertion and removal, featuring a mounting systems for damage installation using foam adhesive or screws, ideal for efficient cap storage and display
- Ideal for cap collectors, homeowners, and retailers seeking a to organize and showcase baseball caps without damaging the brims or compromising cap shape

› See more product details







## qinzhimeizhuangyouxiangongsi

Visit the qinzhimeizhuangyouxiangongsi storefront

Just launched    No feedback yet

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** changshaqinzhimeizhuangyouxiangongsi
**Business Address:**
天心区黑石铺街道雀园路568号创谷产业园A3栋13楼
1311-1320号房-600
长沙市
湖南省
410114
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

**ronglingjiu**



amazon.com/dp/B0GRGX32K6?th=1

## Modern Hat Display Rack Highlighting Spring Loaded Clamps for Baseball Headpieces and Headpieces Organized Presentation Sophisticated Deck

Brand: FANSHINUO

Search this page

$14⁹⁹

Price history

Get $60 off instantly: Pay $0.00 $14.99 upon approval for Amazon Visa. No annual fee.

Up to 40% off if you qualify   Shop items ›

Color: S

$14.99     $22.99

| Brand | FANSHINUO |
| --- | --- |
| Color | S |
| Recommended Uses For Product | Cooling |
| Product Dimensions | 1"D x 1"W x 1"H |
| Installation Type | 1 |

### About this item

- Efficient Hat Organizatparticlemail: Developed with constructed spring clamps to safely hold various hat fashion including baseball headpieces and bucket headpieces, maintaining your collection neat and easily accessible
- Multiple Scene Applicatparticlemail: Three thousand residences, offices, otherwise retail spaces, this hatstand furnishes efficient organization and display for individual use otherwise commercial showcases
- Flexible Installation Preferencesecond: Proposals both strong

$14⁹⁹

FREE delivery April 23 – May 4. Details

Deliver to Joan - Atlanta 30312

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller  ronglingjiu

Returns   30-day refund/replacement

Payment   Secure transaction

˅ See more

Add to Auto Buy

Save this item

Add to List







amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=A3PA6Z9OTLUFIH

# ronglingjiu

Visit the ronglingjiu storefront

★★★½☆ | **50% positive** lifetime (2 total ratings)

**Share your thoughts with other customers**

[ Leave seller feedback ]

★☆☆☆☆  "~~I order this back n February and still don't have it~~"

By Zhaa on March 14, 2026.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆  "~~Ordered on 12/18/25. As of 02/24/26 – still don't have the item.~~"

By Deanna J. on February 25, 2026.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆  "~~Package says delivered but still not here~~"

By K.T. on February 22, 2026.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** anqingronglingjiufuzhuangyouxiangongsi
**Business Address:**
　经济开发区
　菱北街道同安路166-5号
　安庆市
　安徽
　246000
　CN

**sanbaoproduct**







← → C  ⊙ amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=ATYRCRIQ0D84X     ☆        重

# sanbaoproduct

Visit the sanbaoproduct storefront

★★★★☆ | 75% positive in the last 12 months (16 ratings)

★★☆☆☆  It says Baskets and I only got 1 basket = The picture shows 3 Will I receive the other 2?

By Randolph S. Lantz on January 24, 2026.

**Share your thoughts with other customers**

( Leave seller feedback )

★☆☆☆☆  "~~Order was placed on 18 dec, unfortunately it delayed. Is there a specific reason why this is happening? One month delay?~~"

By Anonymous on January 19, 2026.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★★★★★  "Thank you and I feel bad I did realize that was not and standard size, don't worry about the 20% refund , I will look to see if I find someone that need it and..."
Read more

By Mayra Ramos on January 9, 2026.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Dong Guan Shi San Bao Dian Zi You Xian Gongsi
**Business Address:**
  南城街道
  石鼓大龙路12号2栋219室
  东莞市
  广东
  523000
  CN

**Shenzhen Xifuguang Trading Co., Ltd.**









amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=AVPQL4JVCH6G7

# Shenzhen Xifuguang Trading Co., Ltd.

Visit the Shenzhen Xifuguang Trading Co., Ltd. storefront

★★★☆☆ | **50% positive** lifetime (2 total ratings)

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenshixifuguangmaoyiyouxiangongsi
**Business Address:**
　龙岗区园山街道大康社区山子下路133号
　A栋厂房A-305
　深圳市
　广东
　518100
　CN

Shipping Policies                                                                            ⌄

Other Policies                                                                               ⌄

Help                                                                                          ⌄

**Southuy**









sumanh









# sumanh

Visit the sumanh storefront

★★★★☆ | **80% positive** lifetime (5 total ratings)

Hat Organizer for Baseball Caps ...
$19⁹⁹

[Add to cart]

| | |
|---|---|
| 5 star | 40% |
| 4 star | 40% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 20% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

5 total ratings, 5 with feedback for Lifetime ⓘ

★★★★☆  "We did not receive the strap. Can you please send one? Thanks"

By Amazon Customer on March 17, 2026.

★☆☆☆☆  "~~Was told would receive in 8 days but it took 3 weeks package was marked as scanned damaged it was probably held somewhere because of damage not very happy~~"

By henry byers on February 21, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★☆  "rated 4 because I just got it but switch works as advertised between two laptops and one monitor. Otherwise 5 stars"

By House59 on February 9, 2026.

★☆☆☆☆  "Full Disclosure: I received this as part of the Amazon Vine program for review. I wanted a quacky sound keychain, saw this, and ordered it. All this is is a mec..."
Read more

By W on February 8, 2026.

★★★★★  "The item arrived two day early 😊👍"

By Mark on February 2, 2026.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** DongGuanShiSuManYuHuaZhuangPinYouXianGongSi
**Business Address:**
  南城街道周溪路
  5号1栋221室
  东莞市
  广东省
  523099
  CN

**TSmaple**







amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=A3OETKU2UADF4Q

# TSmaple

Visit the TSmaple storefront

★★★★★ | **100% positive** lifetime (2 total ratings)

| | | |
|---|---|---|
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

( Leave seller feedback )

★★★★★ " I sent it back because didn't need it. Thanks "

By Donna Garstka on January 14, 2026.

★★★★★ " Very grateful that.product was exactly what I wanted and delivered in time. Great job. Amazon! "

By Amazon Customer on December 14, 2025.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** DongguanshiDongkengHuishengdianzishangwu.Ltd
**Business Address:**
东坑大道南361号
金利商务楼106室
东坑镇
广东省东莞市
523445
CN

# WasyGoShop



### About this item

- INSTALLATIONS METHODS: Hat Rack for wall can be installed screw drilled holes
- 1 HAT, 1 LAYER: Hat organizers is designed with 1 hat and 1 layer for easy access. Unlike hat hooks on the markets, it is difficult to remove the bottom layer of hats. none need to stack layers, even the bottom layer of hats can be easily removed by gently picking up the brim
- HOLDS UP TO 10 HATS Hat Hanger Holder with a large storage capacity while taking up little space, each holds 10 hats and Can be hung on the wall, behind the door, door frame, closet, can be displayed and stored, beautiful and practical







Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

**Business Name:** HK YIGOU GLOBAL TRADE LIMITED
**Business Address:**
   Unit I-1, 4th Floor, Phase II, Golden Dragon Industrial Center
   No. 162-170 Dalian Pai Road
   Kwai Chung
   HONG KONG
   999077
   HK

**YangLeiHomeMade**



amazon.com/dp/B0GSHY2D6Q

Home & Kitchen › Storage & Organization › Clothing & Closet Storage › Hat Racks

### 2 Pack Red Baseball Cap Display Holders Featuring Spring Mechanism Secures 20 Caps Safely Mounting Choices Adhesive or Drill ABS Engineering Organizers Hat Display Rack

Visit the NTCLHFXU Store
Search this page

$22⁵⁹
Price history

Thank you for being an Amazon customer. Get $60 off: Pay $0.00 $22.59 upon approval for Amazon Visa.

Save 10% at checkout  Shop items ›

| Brand | NTCLHFXU |
|---|---|
| Material | as described |
| Special Feature | Durable |
| Recommended Uses For Product | Cooling |
| Product Dimensions | 15.35"L x 3.15"W x 2.76"H |

### About this item

- Spring loaded clips securely hold up to 20 baseball caps with easy insertion and removal, featuring a mounting systems for damage installation using foam adhesive or screws, ideal for efficient cap storage and display
- enhances your cap organization with this versatile hat display that maintains cap integrity, prevents creases, and maximizes space, making it an essential addition for any cap enthusiast 's storage needs
- Ideal for cap collectors, homeowners, and retailers seeking a to organize and showcase baseball caps without damaging the brims or compromising cap shape
- Perfect for transforming cluttered spaces into neat displays in closets, entryways, bedrooms, or stores, this hat rack ensures access and protections for your cap collection

$22⁵⁹
FREE delivery May 5 - 26.
Details

Deliver to Joan - Atlanta 30312

In Stock

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | YangLeiHomeMade |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to Auto Buy

Save this item

Add to List







# YangLeiHomeMade

Visit the YangLeiHomeMade storefront

Just launched | No feedback yet

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** HK YUNQISHENG INFORMATION TECHNOLOGY LIMITED
**Business Address:**
Golden Dragon Industrial Center, No. 162-170 Dalian Pai Road
Unit I-1, 4th Floor, Phase II
Kwai Chung
Hong Kong
999077
HK

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

**YUAO-T**









**zhongdengwen**



amazon.com/dp/B0GR8DWFM1

Industrial & Scientific › Retail Store Fixtures & Equipment › Retail Displays & Racks › Display Racks

## Pack of 2 Red Baseball Cap Holders with Spring Clip Technology Holds 20 Caps Mounting Option Adhesive or Screws ABS Materials Space Saving Wall Organizers Hat Display Rack

Brand: Vdaxvme

Search this page

$20⁹⁹

Price history

| | |
|---|---|
| **Special Feature** | Durable |
| **Product Dimensions** | 1"D x 1"W x 1"H |
| **Recommended Uses For Product** | Cooling |
| **Included Components** | as described |
| **Brand** | Vdaxvme |

### About this item

- enhances your cap organization with this versatile hat display that maintains cap integrity, prevents creases, and maximizes space, making it an essential addition for any cap enthusiast ' s storage needs
- Ideal for cap collectors, homeowners, and retailers seeking a to organize and showcase baseball caps without damaging the brims or compromising cap shape
- Spring loaded clips securely hold up to 20 baseball caps with easy insertion and removal, featuring a mounting systems for damage installation using foam adhesive or screws, ideal for efficient cap storage and display
- Constructed from industrial grade ABS, this hat organizers is,, and space saving with a wall mounted design, including all necessary accessories like foam strips and screws for quick setup
- Perfect for transforming cluttered spaces into neat displays in closets, entryways, bedrooms, or stores, this hat rack ensures access and protections for your cap collection

$20⁹⁹

FREE delivery **April 24 - May 5.**
Details

Deliver to Joan - Atlanta 30312

**In Stock**

Quantity: 1

Add to cart

Buy Now

Shipper / Seller   zhongdengwen

Returns   30-day refund/replacement

Payment   Secure transaction

See more

Add to Auto Buy

**Save this item**

Add to List





amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=A1M12CULIZLTL6    重新

# zhongdengwen

Visit the zhongdengwen storefront

★★★★☆ | **78% positive** lifetime (40 total ratings)

★★★★★    "Gifted"

By Therese Holman on March 6, 2026.

★☆☆☆☆    "The package showed earlier this week that it was to be delivered on 2/25. But now it states it has been delivered. It has not been delivered. Please send refund..."

Read more

By Amazon Customer on February 27, 2026.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆    "Item shipping is taking forever dont waste your time"

By Amazon Customer on February 9, 2026.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Foshan Zhongdengwen Electronic Products Co., Ltd.
**Business Address:**
　石湾镇街道
　汾江南路里水村里水大道11号商务楼322室(住所申报)
　禅城区
　佛山市
　528010
　CN

ChengYiD



← → C  ☷ walmart.com/ip/Baseball-Caps-Organizer-2-Pack-Built-in-Spring-Clips-Wall-Ha...  ☒ ⊖ ☆  ⊡ | ② 重新启动即可更新

**Pickup or delivery?**
572 Hank Aaron Dr. SE Suite 4100-165 · A.

Search everything at Walmart online and in store  ⊙

Reorder **My Items**   Hi, Adam N **Account**   🛒 1 $25.46

Departments ∨  Services ∨  Rollbacks & More  Mother's Day  Get it Fast  Pharmacy  New Arrivals  ARIH  Spring Baby Event  Meals Made Easy  Walmart+  More ∨



Generic

**Baseball Caps Organizer 2 Pack with Built-in Spring Clips - Wall Hat Rack for Door & Closet - Multi-layer Hat Storage Display Holder ( Adhesive & Screws) - Rainbow**

☆ (No ratings yet)

**Actual Color:** Rainbow

 

$21.69   **$33.59**

**Key item features** ∧

- Spring Clip Design： Holds up to 20 hats. This spring-clip mechanism allows for effortless insert and remove hats with a simple press. Each clip securely hold baseball caps, snapbacks, and flat-brim hats—no crushing or creasing. Baseball caps organizer for keeping your collection organized and accessible in closets or entryways, it's an ideal solution for any wall or closet hat organizer.
- Two Methods of Installation: Baseball caps organizer for wall can be installed in two ways: self-adhesive and screw drilled holes. You can choose the appropriate mounting according to the wall where the hat rack is . NOTE: When you choose to stick the hat organizer for baseball caps to the wall, and please



**$33.59**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

⊙ Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives between Apr 30 - May 7 $7.18 | Not available | Not available |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change

Arrives between **Apr 30 - May 7** | More options
Shipping fee $7.18

Sold and shipped by ChengYiD

Report an issue with t.

⊙ Free 30-day returns  Details

♡ Add to list   Add to registry







### ChengYiD

LongHuaQuMinZhiJieDaoZhangKengS
heQuZhangKengSanQu18Dong704
ShenZhen, GD 518000, CN

Contact business | (+86) 15602930758

### Seller Reviews

☆☆☆☆☆
No reviews yet

### About the seller    View more

Business Name: ShenZhenChengYiDianZiSh
angWuYouXianGongSi

Report an issue with this seller

Featured    Shop all

### Seller reviews

This seller doesn't have any reviews yet.

EssPur





EssPur

**Hat Organizer for Baseball Caps 2 Packs with Built-in Spring Clips - Wall Mount Closet Hat Rack Holder,Storage for Door/Closet Display Hat Racks Hanger (Strong Adhesive & Screws) Matte Black**

★★★★★ (5.0) | 3 ratings

**$29.99**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

🔄 Free 90-day returns

**Buy now**

**Add to cart**

### Key item features ⌄

- "Spring-Loaded Clips for Auto-Hold Technology" Load up to 20 caps effortlessly. Spring-clip mechanisms enable quick insertion and removal of hats with a simple press-down. Each clip securely grips baseball caps, fitted hats, and snapbacks without damaging brims, ensuring stable yet accessible hat storage. Ideal for daily use in closets or entryways as a hat holder for closet and wall hat organizer
- "Dual Installation: Damage-Free Adhesive or Secure Drill-Mount" Choose strong foam tape (holds 15 lbs/rack) for non-marking adhesion or stainless steel screws for permanent mounting on drywall, wood, or tile. Eliminates concerns about falling racks for baseball caps wall for versatile hat rack and hat wall hanger applications
- "ABS Engineering Plastic: Durable & Space-Saving...

View all item details

**Specs** ⌄

### How you'll get this item:

☐ I want delivery savings with **Walmart**⁺
Try 30 days of Free Shipping with Walmart+! Choose plan at checkout.

| Shipping Arrives Apr 16 | Pickup Not available | Delivery Not available |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change
Arrives by **Thu, Apr 16**

Sold by EssPur | ✓ **Pro Seller** ⓘ
Fulfilled by Walmart
★★★★½ (4.7)   185 seller reviews
Report an issue with this seller

🔄 **Free 90-day returns** Details

♡ Add to list     🎁 Add to registry







**HEYCHATE**





walmart.com/ip/Vertical-Hat-Storage-Rack-for-Efficient-Space-Saving-Organization-Saves-Ro...

**Pickup or delivery?**
572 Hank Aaron Dr. SE Suite 4100-165 · A.

Search everything at Walmart online and in store

Reorder
**My Items**

Hi, Adam N
**Account**

$42.69

Departments ∨   Services ∨   Rollbacks & More   Mother's Day   Get it Fast   Pharmacy   New Arrivals   Walmart Business   Swim Shop   Walmart+   More ∨







HGYCPP

**Vertical Hat Storage Rack for Efficient Space Saving Organization Saves Room Home Garage otherwise Closet Settings**

☆ (No ratings yet)

**Actual Color:** S

| S $13.48 | Two pack $20.48 |

**Key item features** ∧

- Efficient Hat Organizatparticlemail: Developed with constructed spring clamps to safely hold various hat fashion including baseball headpieces and bucket headpieces, maintaining your collection neat and easily accessible.
- Flexible Installation Preferencesecond: Proposals both strong gluey and screw mounting methods for flexible placement on doors, partitions, otherwise inside closets, ensuring a strong and consistent arrange.
- Space Saving Planumberebog: Compact vertical storage answer maximizes space by freeing up countertops and closets, excellent for small lodgings otherwise cluttered areas.
- Sophisticated Decheck: Features a smooth and modern look that mixtures seamlessly with house otherwise deck, whirling functional storage into ...



**$13.48**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives between May 19 - May 24 $2.49 | Not available | Not available |

**Atlanta, 30312** Change

Arrives between **May 19 - May 24** | More options

Shipping fee $2.49

Sold and shipped by HEYCHATE

★★★☆☆ (3.7)   46 seller reviews

Report an issue with this seller

Free 30-day returns Details

♡ Add to list   🎁   Add to registry



walmart.com/checkout/review-order?cartId=5bc21cf4-b9d3-46d5-82c6-32eda7ce43a7

**Checkout**

**1. Shipping, arrives between Tue, May 19–Tue, May 26**

Joan Dorian                                                           Edit
572 Hank Aaron Dr. SE Suite 4100-165, Atlanta, GA 30312

**Delivery instructions**

Gate codes or other useful information                                 Edit
Apartment

**Items details**                                              Hide details

**Arrives between Tue, May 19 — Tue, May 26**                      1 item

Sold and shipped by HEYCHATE
$2.49 seller shipping fee

Vertical Hat Storage Rack for Efficient Space Saving Organization    **$13.48**
Saves Room Home Garage otherwise Closet Settings
Actual Color: S

Remove        — Max 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $13.48 |
| Seller shipping | $2.49 |
| Estimated taxes | $1.42 |
| **Estimated total** | **$17.39** |

Have a promo code?    ⌄



**hongjie**





Osdhezcn

**Osdhezcn ABS Plastic Hat Owner Highlighting Constructed Spring Clamps for Easy Hat Access and Secure Holding Various Locations Like Home otherwise Shop**

☆ (No ratings yet)

Size: Two pack

Two pack
Now $22.90
$25.59

### Key item features ∧

- Efficient Hat Organizatparticlemail: Developed with constructed spring clamps to safely hold various hat fashion including baseball headpieces and bucket headpieces, maintaining your collection neat and easily accessible.
- Flexible Installation Preferencesecond: Proposals both strong gluey and screw mounting methods for flexible placement on doors, partitions, otherwise inside closets, ensuring a strong and consistent arrange.
- Space Saving Planumberebog: Compact vertical storage answer maximizes space by freeing up countertops and closets, excellent for small lodgings otherwise cluttered areas.
- Sophisticated Decheck: Features a smooth and modern look that mixtures seamlessly with house





**Now $22.90** $25.59 ⓘ

You save $2.69

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

🚚 Free shipping    🛡 Free 30-day returns

**Buy now**

**Add to cart**

How you'll get this item:

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives between Apr 29 - May 5 Free | Not available | Not available |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change

Arrives between **Apr 29 - May 5** | More options

Sold and shipped by hongjie
★★★★★ (4.8)   9 seller reviews
Report an issue with this seller

🔄 **Free 30-day returns** Details

♡ Add to list        Add to registry





