# Exhibit 3

**JiaYuanD**

← → C  ⊖ walmart.com/ip/Hat-Organizer-Baseball-Caps-2-Packs-Built-Spring-Clips-Wall-...  ☆  重新启动即可更新

**Pickup or delivery?**
572 Hank Aaron Dr. SE Suite 4100-165 • A.

Search everything at Walmart online and in store

Reorder **My Items**  Hi, Adam N **Account**  🛒 $18.28

Departments ∨  Services ∨  Rollbacks & More  Mother's Day  Get it Fast  Pharmacy  New Arrivals  ARIH  Spring Baby Event  Meals Made Easy  Walmart+  More ∨



Generic

**Hat Organizer for Baseball Caps 2 Packs with Built Spring Clips - Wall Mount Closet Hat Rack Holder, Holds 20 Caps, Quick Insert for Door/Closet Display Hats Racks Hanger ( Adhesive & Screws)**

☆ (No ratings yet)

**Actual Color:** Default

$33.98



$33.98

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Apr 25 - Apr 29 $0.30 | Not available | Not available |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change

Arrives between **Apr 25 - Apr 29** | More options

Shipping fee $0.30

Sold and shipped by JiaYuanD

Report an issue with this seller

Free 30-day returns  Details

♡ Add to list   🎁 Add to registry

**Key item features** ∧

- 【Holds 20 hats securely】 Complete set includes: 2 racks (holds 20 caps) ,tape strips + screw sets.Instantly use as cap organizer or organizador para pared .Spring clips auto-grip your caps – press down to add or remove! Works with baseball caps, snapbacks, and fitted hats. No brim . Good for closet or wall storage.
- 【Size】 It is 14.5 meters high and 2.75 meters wide. Each thin rack holds 10 caps (20 in a 2-pack). It fits tight spots like closet doors or small rooms.
- 【Durable Material】 Crafted from industrial-grade ABS, this baseball cap organizer resists deformation and . The slim-profile hat rack for wall (10 clips/rack) maximizes space efficiency in closet hat organiz ers







← → C ⛬ walmart.com/seller/102672309

Search everything at Walmart online and in store

Reorder
My Items

Hi, Adam N
Account

$33.98

Departments ∨    Services ∨



## JiaYuanD

⊙ DaiZuZiZhiZhouMengHaiXianMengHai
ZhenGaHaiLuHaoYuDaChengYiQi16Do
ng1002Hao

XiShuangBanNa, YN 666200, CN

✉ Contact business    ☎ (+86) 18529507415

### Seller Reviews

☆☆☆☆☆

No reviews yet

### About the seller    View more

Business Name: MengHaiJiaYuanDianZiShan
gWuYouXianGongSi

Report an issue with this seller



Featured    Shop all

### Seller reviews

This seller doesn't have any reviews yet.

**JOYTECAGE Co. Ltd.**



walmart.com/ip/Pack-of-2-Red-Baseball-Cap-Holders-with-Spring-Clip-Technol...

**JOYTECAGE**

**Pack of 2 Red Baseball Cap Holders with Spring Clip Technology Holds 20 Mounting Option Adhesive or Screws ABS materials Space Saving Wall Organizer**

☆ (No ratings yet)

### Key item features

- Spring loaded clips securely hold up to 20 baseball caps with easy insertion and removal, featuring a mounting systems for damage installation using foam adhesive or screws, ideal for efficient cap storage and display.
- Constructed from industrial grade ABS plastic, this hat organizers is , moisture resistant, and space saving with a wall mounted design, including all necessary accessories like foam strips and screws for quick setup.
- Ideal for cap collectors, homeowners, and retailers seeking a solution to organize and showcase baseball caps without damaging the brims or compromising cap shape.
- Perfect for transforming cluttered spaces into neat displays in closets, entryways, bedrooms, or stores, this hat rack ensures convenient access and...

View all item details

### Specs

### $24.19

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

Free 30-day returns

**Buy now**

**Add to cart**

#### How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Apr 30 - May 7 $1.29 | Not available | Not available |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change

Arrives between **Apr 30 - May 7** | More options

Shipping fee $1.29

Sold and shipped by
JOYTECAGE Co. Ltd.
★★★☆☆ (3.1)   15 seller reviews
Report an issue with this seller

Free 30-day returns  Details

♡  Add to list        Add to registry







# KEMEINILI







↓ **Rollback**

KEMEINILI

**KEMEINILI Hat Stand for Baseball Caps Display and Organizer, 2 Packs with Built-in Spring Clips - Wall Mount Closet Hat Rack Holder, Adjustable Storage for Door/Closet Display Hat Racks Hanger**

☆ (No ratings yet)

**Now $19.49** ~~$22.65~~ ⓘ

You save **$3.16**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

🔵 Free 90-day returns

**Buy now**

**Add to cart**

### Key item features ⌄

- Spring-Loaded Clips for Auto-Hold° Load up to 20 csps, Spring-clip technology allows quick insertion and removal of hats with a simple press-down. Each clip firmly grips baseball caps, fitted hats, and snapbacks without damaging brims, ensuring hat storage is secure yet accessible. Perfect for daily use in closets or entryways as a hat holder for closet and wall hat organizer.
- Dual Installation: Strong Adhesive or Drill-Mount for Permanent Hold your setup: Use the included foam tape for damaging-free adhesion (holds 15 lbs/rack), or opt for the stainless steel screw kit for rock-solid mounting on drywall, wood, or tile. Eliminates worries about falling hat racks for baseball caps wall – ideal for many hat rack and hat wall hanger needs.
- ABS Engineering Plastic: Sturdy & Space-Saving Design° Constructed with industrial-wall use ABS, th...

View all item details

### Specs ⌄

**How you'll get this item:**

☐ I want delivery savings with **Walmart**✛
Try 30 days of Free Shipping with Walmart+! Choose plan at checkout.

|  | | |
| --- | --- | --- |
| **Shipping** | Pickup | Delivery |
| Arrives Apr 16 | Not available | Not available |
| Order within 8 hr 44 min | | |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change

Arrives by **Thu, Apr 16**. Order within **8 hr 44 min**

Sold by **KEMEINILI**
Fulfilled by Walmart
⭐☆☆☆☆ (1.0)   1 seller review
Report an issue with this seller

🔵 **Free 90-day returns** Details







**LianJiali**

walmart.com/ip/Hat-Organizer-Baseball-Caps-2-Packs-Built-in-Spring-Clips-Wall-Mount-Cl...

**Pickup or delivery?**
572 Hank Aaron Dr. SE Suite 4100-165 · A.

Search everything at Walmart online and in store

Reorder
**My Items**

Hi, Adam N
**Account**

$48.38

Departments ∨    Services ∨    Rollbacks & More    Memorial Day    Get it Fast    Pharmacy    New Arrivals    Father's Day    The Pet Event    Walmart+    More ∨







NOBRAND

**Hat Organizer for Baseball Caps 2 Packs with Built-in Spring Clips - Wall Mount Closet Rack Holder,Storage Door/Closet Display Racks Hanger (Strong Adhesive & Screws) Matte Black.**

☆ (No ratings yet)

---

**Key item features**                                              ∧

- 2. "Dual Installation: Damage-Free Adhesive or Secure Drill-Mount" Choose strong foam tape (holds 15 lbs/rack) for non-marking adhesion or stainless steel screws for permanent mounting on drywall, wood, or tile. Eliminates concerns about falling racks for baseball caps wall for versatile hat rack and hat wall hanger applications.
- 3. "ABS Engineering Plastic: Durable & Space-Saving Build" Crafted from industrial-grade ABS, this baseball cap organizer resists deformation and moisture. The slim-profile hat rack (10 clips/rack) maximizes space efficiency in closet hat organizers or compact rooms. Supports up to 20 hats in a 2-pack set—an essential ball cap storage organizer.
- 4. "Complete 2-Pack Set with Full Installation Kit...



View all item details

---

**Specs**                                                          ∨



**$42.48**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

🚚 Free shipping    ⟳ Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between May 16 - May 20 **Free** | Not available | Not available |

Ships to **Atlanta, 30312**

Arrives between **May 16 - May 20** | More options

Sold and shipped by LianJiali

Report an issue with this seller

🔵 Free 30-day returns  Details

♡ Add to list    🎁 Add to registry



walmart.com/ip/Hat-Organizer-Baseball-Caps-2-Packs-Built-in-Spring-Clips-Wall-Mount-Cl...

**Pickup or delivery?**
572 Hank Aaron Dr. SE Suite 4100-165 · A.

Search everything at Walmart online and in store

Reorder **My Items**

Hi, Adam N **Account**

$48.38

Departments ∨  Services ∨  Rollbacks & More  Memorial Day  Get it Fast  Pharmacy  New Arrivals  Father's Day  The Pet Event  Walmart+  More ∨



NOBRAND

**Hat Organizer for Baseball Caps 2 Packs with Built-in Spring Clips - Wall Mount Closet Rack Holder,Storage Door/Closet Display Racks Hanger (Strong Adhesive & Screws) Matte Black.**

☆ (No ratings yet)

**Key item features** ∧

- 2. "Dual Installation: Damage-Free Adhesive or Secure Drill-Mount" Choose strong foam tape (holds 15 lbs/rack) for non-marking adhesion or stainless steel screws for permanent mounting on drywall, wood, or tile. Eliminates concerns about falling racks for baseball caps wall for versatile hat rack and hat wall hanger applications.
- 3. "ABS Engineering Plastic: Durable & Space-Saving Build" Crafted from industrial-grade ABS, this baseball cap organizer resists deformation and moisture. The slim-profile hat rack (10 clips/rack) maximizes space efficiency in closet hat organizers or compact rooms. Supports up to 20 hats in a 2-pack set—an essential ball cap storage organizer.
- 4. "Complete 2-Pack Set with Full Installation Kit...

View all item details

**Specs** ∨



**$42.48**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards. Learn how

🚚 Free shipping   🔵 Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between May 16 - May 20 **Free** | Not available | Not available |

Ships to **Atlanta, 30312**

Arrives between **May 16 - May 20** | More options

🏪 Sold and shipped by LianJiali

Report an issue with this seller

🔵 **Free 30-day returns** Details

♡ Add to list    Add to registry



walmart.com/checkout/review-order?cartId=5bc21cf4-b9d3-46d5-82c6-32eda7ce43a7

## Checkout

**1. Free shipping, arrives between Fri, May 15–Tue, May 19** ✓

Joan Dorian                                                      Edit
572 Hank Aaron Dr. SE Suite 4100-165, Atlanta, GA 30312

**Delivery instructions**

Gate codes or other useful information                           Edit
Apartment

| | |
|---|---|
| Subtotal (1 item) | $42.48 |
| Shipping | Free |
| Estimated taxes | $3.78 |
| **Estimated total** | **$46.26** |

Have a promo code?   ⌄

**Items details**                                        Hide details

**Arrives between Fri, May 15 — Tue, May 19**               1 item

Sold and shipped by LianJiali
Free shipping

Hat Organizer for Baseball Caps 2 Packs with Built-in Spring      $42.48
Clips - Wall Mount Closet Rack Holder,Storage Door/Closet...

Remove      —   1   +







## LianJiali

guangdongshengheyuanshidong
yuanxianchuantangzhen

Heyuan, GD 517547, CN

Contact business

(+86)
17304093419

### Seller Reviews

☆☆☆☆☆

No reviews yet

### About the seller    View more

Business Name: dongyuanxianyalidianz
ishangwuyouxiangongsi

Report an issue with this seller

Featured    Shop all

### Seller reviews

This seller doesn't have any reviews yet.

# Lumikrypt





Lumikrypt

**Lumikrypt 2 Pack Hat Organizer for Baseball Caps, Wall Mounted Hat Rack with Spring Clips, Adhesive or Screw-In Cap Holder for Closet & Door, Holds 20+ Caps, Black**

★★★★⯪ (4.6) | 5 ratings

**Key item features** ⌄

- Package: 2 Pack, 14.5" * 2.75"
- Spring-loaded clips auto-grip 20 caps without ever bending a brim.
- Stick-on or screw-in mounting fits any wall, door, or tile.
- Slim ABS rack (10 clips each) holds 20 caps in a 2-pack and shrugs off moisture.
- Curved support keeps every snapback, fitted, or button-top crease-free.
- Turns messy piles into a clean, pro-style display row in seconds.
- Smooth-grip spring clips hold caps securely without leaving marks or damaging fabric.

View all item details

**Specs** ⌄

**$17.99**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

Free 90-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

☐ I want delivery savings with **Walmart+**
Try 30 days of Free Shipping with Walmart+! Choose plan at checkout.

| Shipping Arrives Apr 16 Order within 8 hr 39 min | Pickup Not available | Delivery Not available |

**2193 CLARENDON BLVD 1400**  Change

Arrives by **Thu, Apr 16**. Order within **8 hr 39 min**

Sold by Lumikrypt
Fulfilled by Walmart
★★★★⯪ (4.5)  146 seller reviews
Report an issue with this seller

Free 90-day returns  Details

♡ Add to list      🎁 Add to registry







# NeoMart





Unbranded

**NeoMart Hat Organizer for Baseball Caps 2 Packs with Built-in Spring Clips - Wall Mount Closet Hat Rack Holder, Adjustable Storage for Door/Closet Display Hat Racks Hanger (Strong Adhesive & Screws)**

☆ (No ratings yet)

### Key item features ⌃

- "Spring-Loaded Clips for Auto-Hold" Load up to 20 csps, Spring-clip technology allows quick insertion and removal of hats with a simple press-down. Each clip firmly grips baseball caps, fitted hats, and snapbacks without damaging brims, ensuring hat storage is secure yet accessible. Perfect for daily use in closets or entryways as a hat holder for closet and wall hat organizer.

- Dual Installation: Strong Adhesive or Drill-Mount for Permanent Hold your setup: Use the included foam tape for damaging-free adhesion (holds 15 lbs/rack), or opt for the stainless steel screw kit for rock-solid mounting on drywall, wood, or tile. Eliminates worries about falling hat racks for baseball caps wall – ideal for many hat rack and hat wall hanger needs.

- "ABS Engineering Plastic: Sturdy & Space-Saving Design" Constructed with industrial-wall use ABS, th...


View all item details

### Specs ⌄



**$32.98**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

Free shipping   Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Apr 21 - Apr 23  Free | Not available | Not available |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change

Arrives between **Apr 21 - Apr 23** | More options

Sold and shipped by NeoMart
★☆☆☆☆ (1.0)   1 seller review
Report an issue with this seller

Free 30-day returns  Details

♡ Add to list        Add to registry





# NovaTrend Hub





NovaTrend Hub

**Hat Organizer for Baseball Caps 2 Packs with Built-in Spring Clips - Wall Mount Closet Hat Rack Holder,Storage for Door/Closet Display Hat Racks Hanger (Strong Adhesive & Screws) Matte Black.**

☆ (No ratings yet)

**Actual Color:** Third generation black, 2-pack



$25.99

### Key item features                                            ⌃

- 1. "Spring-Loaded Clips for Auto-Hold Technology" Load up to 20 caps effortlessly. Spring-clip mechanisms enable quick insertion and removal of hats with a simple press-down. Each clip securely grips baseball caps, fitted hats, and snapbacks without damaging brims, ensuring stable yet accessible hat storage. Ideal for daily use in closets or entryways as a hat holder for closet and wall hat organizer.
- 2. "Dual Installation: Damage-Free Adhesive or Secure Drill-Mount" Choose strong foam tape (holds 15 lbs/rack) for non-marking adhesion or stainless steel screws for permanent mounting on drywall, wood, or tile. Eliminates concerns about falling racks for baseball caps wall for



$25.99

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

🖎 Free shipping    🔄 Free 30-day returns

**Buy now**

**Add to cart**

How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between May 23 - May 28 | Not available | Not available |
| Free | | |

Ships to **Atlanta, 30312**

Arrives between **May 23 - May 28** | More options

Sold and shipped by
**NovaTrend Hub**

Report an issue with this seller

🔄 Free 30-day returns   Details

♡ Add to list    🎁    Add to registry



walmart.com/ip/Hat-Organizer-Baseball-Caps-2-Packs-Built-in-Spring-Clips-Wall-Mount-Cl...

**Pickup or delivery?**
572 Hank Aaron Dr. SE Suite 4100-165 · A.

Search everything at Walmart online and in store

Reorder
**My Items**

Hi, Adam N
**Account**

$57.98

Departments ∨   Services ∨   Rollbacks & More   Memorial Day   Get it Fast   Pharmacy   New Arrivals   Father's Day   The Pet Event   Walmart+   More ∨





NovaTrend Hub

**Hat Organizer for Baseball Caps 2 Packs with Built-in Spring Clips - Wall Mount Closet Hat Rack Holder, Storage for Door/Closet Display Hat Racks Hanger (Strong Adhesive & Screws) Matte Black.**

☆ (No ratings yet)

**Actual Color:** Third generation black, 2-pack

$25.99



$25.99

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

Free shipping    Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between May 23 - May 28 Free | Not available | Not available |

Ships to **Atlanta, 30312**

Arrives between **May 23 - May 28** | More options

Sold and shipped by
**NovaTrend Hub**

Report an issue with this seller

Free 30-day returns   Details

♡ Add to list        🎁   Add to registry

**Key item features** ∧

- 1. "Spring-Loaded Clips for Auto-Hold Technology" Load up to 20 caps effortlessly. Spring-clip mechanisms enable quick insertion and removal of hats with a simple press-down. Each clip securely grips baseball caps, fitted hats, and snapbacks without damaging brims, ensuring stable yet accessible hat storage. Ideal for daily use in closets or entryways as a hat holder for closet and wall hat organizer.
- 2. "Dual Installation: Damage-Free Adhesive or Secure Drill-Mount" Choose strong foam tape (holds 15 lbs/rack) for non-marking adhesion or stainless steel screws for permanent mounting on drywall, wood, or tile. Eliminates concerns about falling racks for baseball caps wall for



walmart.com/seller/103108359

Search everything at Walmart online and in store

Reorder
My Items

Hi, Adam N
Account

$57.98

Departments ∨    Services ∨



## NovaTrend Hub

📍 Zhu Family, Sizhou Town, Dexing City, Shangrao City, Jiangxi Province

Shangrao, JX 334224, CN

✉ Contact business    | 📞 (+86) 15360540509

### Seller Reviews

☆☆☆☆☆

No reviews yet

### About the seller        View more

🏬 Business Name: dexingshiyufenjiajuyo ngpinyouxiangongsi

Report an issue with this seller



Featured     Shop all

**Seller reviews**

This seller doesn't have any reviews yet.



**nzhaoha**









nzhaoha

**Space Saving Hat Rack Organizer, Multi-Slot Baseball Cap Holder with Adjustable Hooks for Wall Door Closet, Men's Women's Cap Storage Display Solution**

☆ (No ratings yet)

**Actual Color:** A

$19.42    $30.82    $30.82    $19.42    $30.82

**$19.42**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Apr 21 - Apr 24 $3.99 | Not available | Not available |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change

Arrives between **Apr 21 - Apr 24** | More options

Shipping fee $3.99

Sold and shipped by nzhaoha

★☆☆☆☆ (1.0)    2 seller reviews

Report an issue with this seller

Free 30-day returns  Details

♡ Add to list          🎁 Add to registry

**Key item features** ∧

- 【Smart Multi-Slot Design】 : Holds multiple baseball caps neatly in individual slots to prevent crushing and maintain shape.
- 【Versatile Mounting Options】 : Features easy wall mount or over-door installation for flexible space-saving placement in any room.
- 【Durable & Non-Slip Construction】 : Made from sturdy materials with secure grips to keep hats firmly in place and organized.
- 【Space-Saving Closet Organizer】 : Maximizes vertical storage, freeing up shelf and floor space for a tidy closet or bedroom.
- 【Ideal for Cap Collections】 : Perfect for displaying and organizing men's, women's, and kids' caps for quick access and stylish storage.

View all item details









← → C   ⊙  walmart.com/checkout/review-order?cartId=5bc21cf4-b9d3-46d5-82c6-32eda7...  🔍 ☆  ⟳  z   重新启动即可更新

‹                                                **Checkout**

**🚚  1. Shipping, arrives between Mon, Apr 20–Thu, Apr 23**                            ✅

Joan Dorian                                                                    Edit
572 Hank Aaron Dr. SE Suite 4100-165, Atlanta, GA 30312

**Delivery instructions**

Gate codes or other useful information                                         Edit
Apartment

**Items details**                                                         Hide details

**Arrives between Mon, Apr 20 — Thu, Apr 23**                                   1 item

Sold and shipped by nzhaoha
$3.99 seller shipping fee

Space Saving Hat Rack Organizer, Multi-Slot Baseball Cap Holder        **$19.42**
with Adjustable Hooks for Wall Door Closet, Men's Women's Cap...
Actual Color: A

                                            Remove      —   1   +

| | |
|---|---|
| **Subtotal** (1 item) | $19.42 |
| Seller shipping | $3.99 |
| Estimated taxes | $2.08 |
| **Estimated total** | **$25.49** |
| Have a promo code? | ⌄ |



walmart.com/seller/102779327

Search everything at Walmart online and in store

Reorder
My Items

Hi, Adam N
Account

$25.99

Departments ∨    Services ∨

**nzhaoha**

⊙ Room 890, Room 301, 3rd Floor, No. 36 Chengjie Nanshe Street, Yuancun, Tian he District

Guangzhou, GD 510655, CN

✉ Contact business    | ☎ (+86) 19168533410

**Seller Reviews**    View all

1.3 out of 5 ★★☆☆☆

4 ratings | 3 reviews

**About the seller**    View more

Business Name: Guangzhou Hanzhao Clothing Co., Ltd

Report an issue with this seller

Featured    Shop all

**Seller reviews**

# 1.3 out of 5

★★☆☆☆  4 ratings | 3 reviews

How seller rating is calculated ⓘ

| | | |
|---|---|---|
| 5 stars | | 0% (0) |
| 4 stars | | 0% (0) |
| 3 stars | | 0% (0) |
| 2 stars | | 25% (1) |
| 1 star | | 75% (3) |

Showing 1 - 3 of 3 reviews

May 9, 2026

Q Kristie

**Item bought**
Fairy Door for Trees, Outdoor Miniature Fairy Door for Tree Decoration, Enchanted...

★☆☆☆☆

Inaccurate photos. Product not as listed. They should probably remove this listing.

Dec 27, 2025

Q Kenneth

**Item bought**
Christmas Gift Wrap Paper Value Pack 8 Rolls with...

★☆☆☆☆

"Wrapping Paper"...HA...100% scam. Printed paper is where the description ends. It is shown as rolls, but sheets are what arrives. Eight of them fit in an envelope. Avoid at all times.

ShengMao





Generic

**Hat Organizer for Baseball Caps, 2 Pack Hat Rack for Wall Door Closet Hold Up to 20 Hats, Spring Clip Hat Holder Wall, Wall Mounted Hat Rack for Door Closet Bedroom (Adhesive or Screw Mount)**

☆ (No ratings yet)

**Actual Color:** Default



$25.46

**Key item features**                                              ⌃

- 🐞 Professional Cap-Friendly Spring Clips： Gently press the upgraded spring clip to release hats instantly—hat organizer prevents creases, , or brim droop caused by traditional clamps, keeping your caps pristine.
- 🌈 Dual Display Modes: The hat holder wall using button-style front mount for aesthetic display of hat designs; The hat rack for wall also using adjustable straps for vertical storage, maximizing space while protecting delicate cap tips.
- 🛡 Durable ABS Construction:Baseball hat organizer with shatter-resistant and -tested to hold hats securely even with door slams or collisions—hat racks for baseball caps wall with zero drops guaranteed, ideal for daily use without sagging.



**$25.46**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

🕐 Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Apr 29 - May 5 $0.30 | Not available | Not available |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change

Arrives between **Apr 29 - May 5** | More options

Shipping fee $0.30

Sold and shipped by ShengMao
★☆☆☆☆ (1.0)  1 selle

Report an issue with this seller

🔄 Free 30-day returns  Details

♡ Add to list      🎁 Add to registry







walmart.com/seller/102638251   重新启动即可更新

Search everything at Walmart online and in store

Reorder
My Items

Hi, Adam N
Account

$25.46

Departments ∨   Services ∨



## ShengMao

DaiZuZiZhiZhouMengHaiXianMengHai
ZhenShuiAnHuaTingYiQi6DongErDanY
uan202Shi

XiShuangBanNa, YN 666200, CN

Contact business

(+86)
18676367397

**Seller Reviews**          View all

1 out of 5 ⭐☆☆☆☆

1 ratings | 0 reviews

**About the seller**          View more

Business Name: MengHaiShengMaoDianZiS
hangWuYouXianGongSi

Report an issue with this seller

Featured   Shop all

## Seller reviews

# 1 out of 5

⭐☆☆☆☆ 1 rating | 0 review
**How seller rating is calculated** ⓘ



5 stars — 0% (0)
4 stars — 0% (0)
3 stars — 0% (0)
2 stars — 0% (0)
1 star — 100% (1)

**SPOKKI**





GIRACOA

**GIRACOA 2 Packs Hat Organizer for Baseball Caps, Wall Mount Closet Hat Rack Storage Holder Display with Built Spring Clips for Closet Door and Wall (Strong Adhesive & Screws)**

☆ (No ratings yet)

### Key item features  ⌃

- 💧 【Upgraded Spring-Loaded "Auto-Grip" Technology】 Say goodbye to falling hats! Our Generation 3 hat rack features innovative spring-loaded clips with a "press-tongue" design. Simply press down to insert or remove any cap in seconds. The clips provide a firm yet gentle grip that holds up to 20 hats securely (10 per rack) without damaging the brims or top buttons.
- 🔧 【Two Easy Mounting Options: Stick or Screw】 Installation is a breeze! For a damage-free setup, use the included strong foam adhesive tape, ideal for apartments and dorms. For permanent, heavy-duty storage on drywall or wood, use the provided 8-set screw kit. Everything you need is right in the box for a 5-minute setup.
- ✨ 【Preserve Your Hat's Natural Shape】 Unlike...

View all item details

### Specs  ⌄

---

**Now $13.99** ~~$27.99~~ ⓘ

You save **$14.00**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay Cash Rewards.
Learn how

🔵 Free 90-day returns

**Buy now**

**Add to cart**

#### How you'll get this item:

☐ I want delivery savings with
**Walmart+**
Try 30 days for just $1! Choose a plan at checkout.

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives May 9 | Not available | Not available |

**Atlanta, 30312** Change

Arrives by **Sat, May 9**

Sold by <u>SPOKKI</u>
| ⊘ **Pro Seller** ⓘ

Fulfilled by Walmart

★★★★☆ (4.5)  715 seller reviews

Report an issue with this seller

🔵 Free 90-day returns  Details

♡ Add to list    🎁    Add to registry



← → C  ⊙ walmart.com/checkout/review-order?cartId=5bc21cf4-b9d3-46d5-82c6-32eda7ce43a7    ⊝ ☆  ⬡ | z

< **Checkout**

**1. Shipping, arrives by Fri, May 8** ✓

Joan Dorian    Edit
572 Hank Aaron Dr. SE Suite 4100-165, Atlanta, GA 30312

**Delivery instructions**

Gate codes or other useful information    Edit
Apartment

**Items details**    Hide details
**Arrives by Fri, May 8**    1 item

Sold by SPOKKI | ⊘ **Pro Seller** ⓘ
**Fulfilled by Walmart**
Free shipping on orders over $35

GIRACOA 2 Packs Hat Organizer for Baseball Caps, Wall Mount    **$13.99**
Closet Hat Rack Storage Holder Display with Built Spring Clips f...    $27.99

$14.00 from savings

Remove    −  1  +

| | |
|---|---|
| **Subtotal** (1 item) | $27.99 |
| **Savings** ⓘ | -$14.00 |
| | $13.99 |
| Shipping (below $35 order minimum) | $6.99 |
| Estimated taxes | $1.87 |
| **Estimated total** | **$22.85** |

Have a promo code?    ⌄



**Square**







Square

**2-Pack Hat Organizer with Built-in Spring Clips, Holds Up to 20 Baseball Caps, Wall Mount Hat Rack with Strong Adhesive & Screws for Door & Closet**

☆ (No ratings yet)

### Key item features                              ⌃

- 【Press to Use - No More Fumbling】 : Forget clumsy stacking or pulling. Our spring-loaded clips let you store or grab any hat with one simple press. Each clip grips caps securely without bending the brim, making it faster and safer than old-fashioned racks.
- 【2 Ways to Install - Stays Put Guaranteed】 : Choose what works for you: use the super-strong adhesive tape (no damage to walls) or the included screws for a permanent hold. No more worries about your hat rack falling down—it holds firmly on drywall, tile, or wood.
- 【Slim & Tough - Saves Space, Lasts Long】 : With a compact profile of only 1.8"D x 2.7"W x 14"H, this rack fits snugly on closet doors or in narrow wall spaces. Made from rigid, moisture-proof ABS plastic, it won't bend or break, neatly storing up to 10 hats per rack...

View all item details

### Specs                                          ⌄

---

**$16.99**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

◉ Free 90-day returns

**Buy now**

**Add to cart**

#### How you'll get this item:

☐ I want delivery savings with **Walmart+**
Try 30 days of Free Shipping with Walmart+! Choose plan at checkout.

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Apr 16 | Not available | Not available |
| Order within 9 hr 14 min | | |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change

Arrives by **Thu, Apr 16**, Order within **9 hr 14 min**

Sold by Square
Fulfilled by Walmart
★★★★☆ (4.6)  148 seller reviews
Report an issue with this seller

◉ Free 90-day returns  Details





walmart.com/checkout/review-order?cartId=5bc21cf4-b9d3-46d5-82c6-32eda7...    重新启动即可更新

**Checkout**

**1. Shipping, arrives tomorrow, Apr 14**
Order within **13 hr 42 min**

Joan Dorian                                        Edit
572 Hank Aaron Dr. SE Suite 4100-165, Atlanta, GA 30312

**Delivery instructions**

Gate codes or other useful information            Edit
Apartment

**Items details**                                 Hide details
**Arrives tomorrow, Apr 14**                      1 item

Sold by Square
**Fulfilled by Walmart**
Free shipping on orders over $35

2-Pack Hat Organizer with Built-in Spring Clips, Holds Up to 20    **$16.99**
Baseball Caps, Wall Mount Hat Rack with Strong Adhesive & Screws...

Remove        −    1    +

| | |
|---|---|
| **Subtotal** (1 item) | $16.99 |
| Shipping (below $35 order minimum) | $6.99 |
| Estimated taxes | $2.13 |
| **Estimated total** | **$26.11** |

Have a promo code?                                 ⌄



walmart.com/seller/102757549

Search everything at Walmart online and in store

Reorder
**My Items**

Hi, Adam N
**Account**

$25.99

Departments ∨    Services ∨

**Featured**    Shop all

## Square

◎ Room 108, No. 27 Lixin Xinyuan Road, D
ongcheng Street,
dongguanshi, GD 523125, CN

✉ Contact business    ☏ (+86) 13093498687

**Seller Reviews**    View all

4.6 out of 5 ★★★★½

158 ratings | 26 reviews

**About the seller**    View more

🖥 Business Name: dongwanshishengdahuiten
gdianzishangwuyouxiangongsi

Report an issue with this seller

### Seller reviews

# 4.6 out of 5
★★★★½ 158 ratings | 26 reviews
How seller rating is calculated ⓘ

| | | |
|---|---|---|
| 5 stars | ████████████ | 81% (128) |
| 4 stars | █ | 6% (10) |
| 3 stars | █ | 6% (9) |
| 2 stars | ▪ | 1% (2) |
| 1 star | █ | 6% (9) |

**Showing 1 - 10 of 27 reviews**

Apr 3, 2026    ★★★★★

Q vicki

Item bought
Square 12-Pack Nonslip Matte
Hair Claw Clips for Women -
Large & Medium Size Set...

Just as described, this clip is really nice and comes in different sizes

Mar 31, 2026    ★☆☆☆☆

Q anonymous

~~This seller is horrible and they are a liar. They put up false pictures and then send their customers false products. I ordered something I had to wait for it and then what I received was not what I ordered and then I was also told I had to wait for a refund. I hate liars and thieves.~~

View full review

# SunnyNook Living&Toy



walmart.com/ip/Multiple-Baseball-Cap-Organizer-Rack-Hat-Storage-Holder-Clo...

**Pickup or delivery?**
572 Hank Aaron Dr. SE Suite 4100-165 · A.

Search everything at Walmart online and in store

Reorder
**My Items**

Hi, Adam N
**Account**

$29.99

Departments ∨    Services ∨    Rollbacks & More    Mother's Day    Get it Fast    Pharmacy    New Arrivals    ARIH    Spring Baby Event    Meals Made Easy    Walmart+    More ∨







Supbessel

**Multiple Baseball Cap Organizer Rack Hat Storage Holder Closet Hanger Display Stand with Slots for Neatly Organizing Caps Beanies and Visors Space Saver**

☆ (No ratings yet)

**Size:** E

| C | A | B | D | **E** $18.28 | F $27.85 |

**Actual Color:** Multicolor



**Key item features** ∧

- 👜 Preserves Original Hat Shape: Intelligently designed slots cradle each individual cap securely, completely preventing the brims from getting crushed, bent, or permanently deformed.
- 🏠 Massive Collection Organizer: Effortlessly holds multiple baseball caps on a single hanger, instantly turning a messy pile of hats into a neat, easily accessible vertical display.
- 🧥 Space-Saving Closet Efficiency: Hangs flawlessly on any standard closet rod, freeing up immense amounts of valuable shelf space and keeping your bedroom looking impeccably tidy.



**$18.28**

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

🚚 Free shipping    ⟳ Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
| Arrives between Apr 28 - May 5 Free | Not available | Not available |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change

Arrives between **Apr 28 - May 5** | More options

Sold and shipped by
**SunnyNook Living&Toy**
★★★☆☆ (3.1)   141 seller reviews
Report an issue with this seller

⟳ **Free 30-day returns** Details

♡ Add to list    🎁 Add to registry





重新启动即可更新

walmart.com/checkout/review-order?cartId=5bc21cf4-b9d3-46d5-82c6-32eda7...

**Checkout**

**1. Free shipping, arrives between Mon, Apr 27–Mon, May 4**

Joan Dorian
572 Hank Aaron Dr. SE Suite 4100-165, Atlanta, GA 30312          Edit

**Delivery instructions**

**Gate codes or other useful information**          Edit
Apartment

**Items details**          Hide details
**Arrives between Mon, Apr 27 — Mon, May 4**          1 item

Sold and shipped by SunnyNook Living&Toy
Free shipping

Multiple Baseball Cap Organizer Rack Hat Storage Holder Closet          $18.28
Hanger Display Stand with Slots for Neatly Organizing Caps Beanie...
Size: E, Actual Color: Multicolor

Remove    —    1    +

| | |
|---|---|
| **Subtotal** (1 item) | $18.28 |
| Shipping | Free |
| Estimated taxes | $1.63 |
| **Estimated total** | **$19.91** |

Have a promo code?          ∨



# XBO Trading







petgle

**2Pcs Wall-Mounted Hat Organizer with Spring Clips, Adhesive/Screw Mounting, Adjustable for Door & Closet, Space-Saving Holder for Baseball Caps, Wardrobe & Entryway Storage**

☆ (No ratings yet)

**Key item features** ⌃

- Space-Saving Wall-Mounted Design: Maximizes vertical storage space, keeping baseball caps organized and freeing up valuable closet and shelf space.

- Dual Installation Options: Supports adhesive mounting for damage-free setup and screw mounting for enhanced stability, no complicated tools required.

- Flexible Spring Clips: Adjustable spring clips securely hold various cap styles without deformation, ensuring easy access and neat display.

View all item details

**Specs** ⌄

## $32.26

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards.
Learn how

Free shipping · Free 30-day returns

**Buy now**

**Add to cart**

### How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Apr 22 - Apr 24 Free | Not available | Not available |

**572 Hank Aaron Dr. SE Suite 4100-165**
Change

Arrives between **Apr 22 - Apr 24** | More options

Sold and shipped by **XBO Trading**

Report an issue with this seller

Free 30-day returns  Details

♡ Add to list    Add to registry







walmart.com/seller/103114301

重新启动即可更新

Search everything at Walmart online and in store

Reorder
My Items

Hi, Adam N
Account

$32.26

Departments ∨     Services ∨



## XBO Trading

⊙ No.1 Yuying Road, Urban Rural Integrati
on Demonstration Zone, Pingdingshan
City, Henan Province

Pingdingshan, HA 467000, CN

✉ Contact business     ☎ (+86)
17537592052

### Seller Reviews
☆☆☆☆☆
No reviews yet

### About the seller          View more

▦ Business Name: pingdingshanxinboshangm
aoyouxiangongsi

Report an issue with this seller



**Featured**     Shop all

**Seller reviews**

This seller doesn't have any reviews yet.

yingnengdianzishangwu





Unbranded

**Hat Organizer for Baseball Caps 2 Packs with Built-in Spring Clips - Wall Mount Closet Hat Rack Holder,Storage for Door/Closet Display Hat Racks Hanger (Strong Adhesive & Screws) Matte Black.**

☆ (No ratings yet)

### Key item features ∧

- 1. "Spring-Loaded Clips for Auto-Hold Technology" Load up to 20 caps effortlessly. Spring-clip mechanisms enable quick insertion and removal of hats with a simple press-down. Each clip securely grips baseball caps, fitted hats, and snapbacks without damaging brims, ensuring stable yet accessible hat storage. Ideal for daily use in closets or entryways as a hat holder for closet and wall hat organizer.
- 2. "Dual Installation: Damage-Free Adhesive or Secure Drill-Mount" Choose strong foam tape (holds 15 lbs/rack) for non-marking adhesion or stainless steel screws for permanent mounting on drywall, wood, or tile. Eliminates concerns about falling racks for baseball caps wall for versatile hat rack and hat wall hanger applications.
- 3. "ABS Engineering Plastic: Durable & Space-Saving...

View all item details

### Specs ∨



**$62.48**

Price when purchased online ⓘ

**OnePay** As low as **$11/mo** or 0% APR     Learn more

🚚 Free shipping     🔵 Free 30-day returns

**Buy now**

**Add to cart**

#### How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between May 16 - May 21 **Free** | Not available | Not available |

Ships to **Atlanta, 30312**

Arrives between **May 16 - May 21** | More options

Sold and shipped by **yingnengdianzishangwu**

⭐☆☆☆☆ (1.0)  1 seller review

Report an issue with this seller

🔵 Free 30-day returns  Details

♡ Add to list    ⊞ Add to registry







Unbranded

**Hat Organizer for Baseball Caps 2 Packs with Built-in Spring Clips - Wall Mount Closet Hat Rack Holder,Storage for Door/Closet Display Hat Racks Hanger (Strong Adhesive & Screws) Matte Black.**

☆ (No ratings yet)

**$62.48**

Price when purchased online ⓘ

OnePay — As low as **$11/mo** or 0% APR    Learn more

🚚 Free shipping    🔄 Free 30-day returns

**Buy now**

**Add to cart**

**Key item features** ⌄

- 1. "Spring-Loaded Clips for Auto-Hold Technology" Load up to 20 caps effortlessly. Spring-clip mechanisms enable quick insertion and removal of hats with a simple press-down. Each clip securely grips baseball caps, fitted hats, and snapbacks without damaging brims, ensuring stable yet accessible hat storage. Ideal for daily use in closets or entryways as a hat holder for closet and wall hat organizer.
- 2. "Dual Installation: Damage-Free Adhesive or Secure Drill-Mount" Choose strong foam tape (holds 15 lbs/rack) for non-marking adhesion or stainless steel screws for permanent mounting on drywall, wood, or tile. Eliminates concerns about falling racks for baseball caps wall for versatile hat rack and hat wall hanger applications.
- 3. "ABS Engineering Plastic: Durable & Space-Saving...

View all item details

**Specs** ⌄

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between May 16 - May 21 Free | Not available | Not available |

Ships to Atlanta, 30312

Arrives between **May 16 - May 21** | More options

Sold and shipped by yingnengdianzishangwu

★☆☆☆☆ (1.0)   1 seller review

Report an issue with this seller

🔄 Free 30-day returns  Details

♡ Add to list     🎁 Add to registry



walmart.com/checkout/review-order?cartId=5bc21cf4-b9d3-46d5-82c6-32eda7...    有新版 Chrome 可用

**Checkout**

**1. Free shipping, arrives between Fri, May 15–Wed, May 20**

Joan Dorian                                                                        Edit
572 Hank Aaron Dr. SE Suite 4100-165, Atlanta, GA 30312

**Delivery instructions**

Gate codes or other useful information                                             Edit
Apartment

**Items details**                                                     Hide details

**Arrives between Fri, May 15 — Wed, May 20**                              1 item

Sold and shipped by yingnengdianzishangwu
Free shipping

Hat Organizer for Baseball Caps 2 Packs with Built-in Spring Clips -        **$62.48**
Wall Mount Closet Hat Rack Holder,Storage for Door/Closet Display...

Remove        —    1    +

| Subtotal (1 item) | $62.48 |
|---|---|
| Shipping | Free |
| Estimated taxes | $5.56 |
| **Estimated total** | **$68.04** |

Have a promo code?                                                           ⌄



**Zentewn Co., Ltd.**









Aluhayos

**Wall Mounted Hat Rack Highlighting Spring Clamps for Easy Hat Access and Organized Storage Saves Space Telecommute otherwise Garage Configuration**

☆ (No ratings yet)

**Size:** Two pack

Two pack
Now $18.49
$23.53

**Key item features** ∧

- Efficient Hat Organizatparticlemail: Developed with constructed spring clamps to safely hold various hat fashion including baseball headpieces and bucket headpieces, maintaining your collection neat and easily accessible.
- Flexible Installation Preferencesecond: Proposals both strong gluey and screw mounting methods for flexible placement on doors, partitions, otherwise inside closets, ensuring a strong and consistent arrange.
- Space Saving Planumberebog: Compact vertical storage answer maximizes space by freeing up countertops and closets, excellent for small lodgings otherwise cluttered areas.
- Sophisticated Decheck: Features a smooth and modern look that mixtures seamlessly with house otherwise office deck, whirling functional storag...



Now $18.49 $23.53 ⓘ

You save $5.04

Price when purchased online ⓘ

Earn up to **5% cash back** with OnePay CashRewards. Learn how

Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives between May 21 – May 28 $6.00 | Not available | Not available |

Atlanta, 30312  Change

Arrives between **May 21 - May 28** | More options

Shipping fee $6.00

Sold and shipped by
Zentewn Co., Ltd.
★☆☆☆☆ (1.0)  1 seller review

Report an issue with this seller

Free 30-day returns  Details

♡  Add to list      Add to registry





← → C | 🔒 walmart.com/seller/102940215                          🔍 ☆ 🗗 | 🅩

Search everything at Walmart online and in store          🔍    Reorder     Hi, Adam N    🛒
                                                               My Items     Account      $18.49

Departments ∨    Services ∨

## Zentewn Co., Ltd.

⊙ zhongkaigaoxinquchenjiangjiedao
   dongxinglu17haoAyilou102
   huizhoushi, GD 516000, CN

✉ Contact business    📞 (+86)
                          19168536519

### Seller Reviews          View all

1 out of 5 ⭐☆☆☆☆

1 ratings | 1 reviews

### About the seller        View more

🏬 Business Name: huizhoushiaofaxiangdia
    nzikejiyouxiangongsi

Report an issue with this seller

Featured    Shop all

## Seller reviews

# 1 out of 5
⭐☆☆☆☆  1 rating | 1 review
How seller rating is calculated ⓘ

| | | |
|---|---|---|
| 5 stars | | 0% (0) |
| 4 stars | | 0% (0) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 100% (1) |

Showing 1 - 1 of 1 review

Mar 18, 2026          ⭐☆☆☆☆

👤 Stephen          I ordered the option for 3 fans they sent me 1! They have not contacted me or reached out to say anything! I still
                    need the additional 2 fans for my build but i wont be ordering them from this company!

**ZEYUEHUI**







NOBRAND

**Hat Organizer for Baseball Caps 2 Packs with Built Spring Clips - Wall Mount Closet Hat Rack Holder, Storage for Wall Door/Closet Display Hat Racks Hanger (Install by Adhesive & Screws)**

☆ (No ratings yet)

**Key item features** ︿

- Spring Clips
- Wall Mount
- Adhesive
- Screws
- Storage Display

View all item details

**Specs** ﹀



**$54.98**

Price when purchased online ⓘ

OnePay  As low as **$10/mo** or 0% APR     Learn more

⮧ Free shipping     ⦿ Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives between May 16 - May 19 **Free** | Not available | Not available |

Ships to **Atlanta, 30312**

Arrives between **May 16 - May 19** | More options

Sold and shipped by **ZEYUEHUI**

★★⯪☆☆ (2.3)   3 seller reviews

Report an issue with this seller

⦿ Free 30-day returns  Details

♡ Add to list     🎁 Add to registry







NOBRAND

**Hat Organizer for Baseball Caps 2 Packs with Built Spring Clips - Wall Mount Closet Hat Rack Holder, Storage for Wall Door/Closet Display Hat Racks Hanger (Install by Adhesive & Screws)**

☆ (No ratings yet)

**Key item features**                                      ︿

- Spring Clips
- Wall Mount
- Adhesive
- Screws
- Storage Display

View all item details

**Specs**                                                 ﹀



**$54.98**

Price when purchased online ⓘ

OnePay   As low as **$10/mo** or 0% APR        Learn more

🛒 Free shipping   🔵 Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between May 16 - May 19 Free | Not available | Not available |

Ships to **Atlanta, 30312**

Arrives between **May 16 - May 19** | More options

🏬 Sold and shipped by **ZEYUEHUI**

★★⯪☆☆ (2.3)  3 seller reviews

Report an issue with this seller

🔄 Free 30-day returns  Details

♡ Add to list      🎁 Add to registry





**BNDTR**









**MDSFD**



## Product details

Save | Report issue >

| Material | Mounting Type | Item ID |
| --- | --- | --- |
| Plastic | Wall mount | TT8223218 Copy |

See all details and dimensions ⌄

### Store Information >

Product Details: Item Name: Colorful Hat Organizer Color: Multicolored Dimensions: 39x7.5x6.5cm
(15.35x2.95x2.56in) Weight: 580g Material: Plastic Included: One colorful hat organizer Highlights: 1.
Compact Design: This wall-mounted cap holder efficiently organizes and stores baseball caps, maximizing
space and maintaining a neat environment. 2. Durable Build: Constructed from robust materials, it is







**Pxfivepop**









**WOAIJIE**







