# Exhibit 4

| US 12,502,018 – Claim 4 | CapLab, CALLSMILE, deDhh, Dousilaiwan, HjjujiuYOU, huizhoushilinfengkejiyouxiangongsi, Jagilarily, JIANYAXUAN, jormey, Lusbees, NBEADS US, MIlsfna, Orounla, qinzhimeizhuangyouxiangongsi, ronglingjiu, sanbaoproduct, Shenzhen Xifuguang Trading Co., Ltd., Southuy, sumanh, TSmaple, WasyGoShop, YangLeiHomeMade, YUAO-T, zhongdengwen, ChengYiD, EssPur, HEYCHATE, hongjie, JiaYuanD, JOYTECAGE Co. Ltd., KEMEINILI, LianJiali, Lumikrypt, NeoMart, NovaTrend Hub, nzhaoha, ShengMao, SPOKKI, Square, SunnyNook Living&Toy, XBO Trading, yingnengdianzishangwu, Zentewn Co., Ltd., ZEYUEHUI, BNDTR, MDSFD, Pxfivepop, and WOAIJIE |
|---|---|
| 4[a]. A wall-mounted hat rack for displaying baseball caps, comprising: | Exhibit 2 displays each Defendant advertising wall-mounted hat racks for baseball caps. Representative sample images are below: |



| | |
|---|---|
| 4[b] a hat rack body having a first surface extending in a preset direction; and | Picture below shows entire hat rack extending in a preset direction.<br><br> |
| 4[c] a clamping component comprising a clamping plate and a clamping portion, the clamping plate and the clamping portion being arranged on the first surface, and the clamping plate and the clamping portion being arranged at intervals in an extension direction of the first surface; | Entire Clamping component at the top of first surface:<br><br> |

Clamping Plate:



Clamping Portion:



| | |
|---|---|
| | Clamping component being arranged at intervals along first surface:<br><br> |
| 4[d] wherein the clamping portion comprises a first pressing member and a second pressing member, the first pressing member and the second pressing member are arranged at intervals along a first direction; and | First Pressing member and Second Pressing member at top of first surface:<br><br><br><br>First Pressing member and Second Pressing member at bottom of first surface: |

| | |
|---|---|
| |  |
| 4[e] a first abutting portion is provided between the first pressing member and the second pressing member; a second abutting portion is provided on a top, corresponding to the first abutting portion, of the clamping plate; the clamping component further comprises an elastic member, and two ends of the elastic member are respectively abutted against the first abutting portion and the second abutting portion. | First abutting portion:<br><br><br><br>Second Abutting Portion:<br><br> |

| | |
|---|---|
| | Elastic Member abutting the first and second abutting portions:  |